**Fill in this information to identify your case:**

Debtor 1    FRED _____ HEARD _____
            First Name    Middle Name    Last Name

Debtor 2    LILA _____ L. _____ HEARD _____
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: NORTHERN _____    District of IN _____

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
| --- | --- |

1. **What is your current marital status?**

   ☒ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☒ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
| --- | --- | --- | --- |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To ____ | _____ Number    Street | From _____ To _____ |
| _____ City    State   ZIP Code | | _____ City    State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City    State   ZIP Code | | _____ City    State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | FRED | HEARD | Case number (if known) |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities. If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2017)<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ 47,395.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016)<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ 33,725.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | WORKMAN'S COMP.<br>_____<br>_____ | $ _____ 15,700.00<br>$ _____<br>$ _____ | SOCIAL SECURITY<br>ADOPTION SUBSIDY | $ _____ 9,660.00<br>$ _____ 12,369.00<br>$ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2017)<br>YYYY | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | SOCIAL SECURITY<br>ADOPTION SUBSIDY | $ _____ 16,560.00<br>$ _____ 19,044.00<br>$ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016)<br>YYYY | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | SOCIAL SECURITY<br>ADOPTION SUBSIDY | $ _____ 16,560.00<br>$ _____ 19,044.00<br>$ _____ |

| Debtor 1 | FRED | HEARD | Case number (if known) | _____ |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

| **Part 3:** | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

1. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as
   "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

   ☐ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and
   the total amount you paid that creditor. Do not include payments for domestic support obligations,
   such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy
   case.

   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☒ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☒ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid
   that creditor. Do not include payments for domestic support obligations, such as child support and
   alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City        State      ZIP Code | _____ <br><br> _____ <br><br> _____ | $ _____ | $ _____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City        State      ZIP Code | _____ <br><br> _____ | $ _____ | $ _____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City        State      ZIP Code | _____ <br><br> _____ | $ _____ | $ _____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1  ___FRED___ _____ ___HEARD___
          First Name   Middle Name   Last Name

Case number (if known) _____

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name _____ | _____ | $ _____ | $ _____ | |
| Number  Street _____ | _____ | | | |
| _____ | _____ | | | |
| City          State   ZIP Code | | | | |
| Insider's Name _____ | _____ | $ _____ | $ _____ | |
| Number  Street _____ | | | | |
| _____ | | | | |
| City          State   ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name _____ | _____ | $ _____ | $ _____ | |
| Number  Street _____ | | | | |
| _____ | | | | |
| City          State   ZIP Code | | | | |
| Insider's Name _____ | | $ _____ | $ _____ | |
| Number  Street _____ | | | | |
| _____ | | | | |
| City          State   ZIP Code | | | | |

Debtor 1    FRED                                    HEARD                    Case number (if known) _____
            First Name        Middle Name          Last Name

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☒ No
☐ Yes. Fill in the details.

|  | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _____ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number    Street _____ <br><br> City _____ State ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title _____ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number    Street _____ <br><br> City _____ State ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No.    Go to line 11.
☐ Yes.   Fill in the information below.

| Describe the property | Date | Value of the property |
|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City    State    ZIP Code <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | _____ | $ _____ |
| _____ <br> Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City    State    ZIP Code <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | _____ | $ _____ |

Debtor 1    FRED _____ HEARD _____    Case number (if known) _____
      First Name      Middle Name      Last Name

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| Creditor's Name | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | | |
| Number    Street | | _____ | $ _____ |
| _____ | | | |
| City          State    ZIP Code | Last 4 digits of account number: XXXX– | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $ _____ |
| _____ | | _____ | $ _____ |
| Number    Street | | | |
| _____ | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $ _____ |
| _____ | | _____ | $ _____ |
| Number    Street | | | |
| _____ | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1    FRED                    HEARD
            First Name    Middle Name    Last Name

Case number (if known) _____

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name | | _____ | $ _____ |
| _____ | | _____ | $ _____ |
| _____<br>Number    Street | | | |
| _____<br>City    State    ZIP Code | | | |

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $ _____ |

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| FRED WEHRWEIN<br>Person Who Was Paid | CASH | 6/29/2018 | $    800.00 |
| 1910    ST. JOE CENTER RD., #52<br>Number    Street | | _____ | $ _____ |
| _____ | | | |
| FORT WAYNE    IN    46825<br>City    State    ZIP Code | | | |
| WEHRWEINPC@AOL.COM<br>Email or website address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

Debtor 1  FRED            HEARD
          First Name   Middle Name   Last Name

Case number (if known) _____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | $ _____ |
| Number    Street | | | $ _____ |
| | | | |
| City              State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. Within 1 **year** before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | $ _____ |
| Number    Street | | | $ _____ |
| | | | |
| City              State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| | | | |
| City              State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| Number    Street | | | |
| | | | |
| City              State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1    FRED                    HEARD                    Case number (if known) _____
            First Name    Middle Name    Last Name

19.  Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a
     beneficiary? (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20.  Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your
     benefit, closed, sold, moved, or transferred?
     Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions,
     brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX– | ☐ Checking | _____ | $ _____ |
| | | ☐ Savings | | |
| Number    Street _____ | | ☐ Money market | | |
| _____ | | ☐ Brokerage | | |
| City    State    ZIP Code | | ☐ Other _____ | | |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX– | ☐ Checking | _____ | $ _____ |
| | | ☐ Savings | | |
| Number    Street _____ | | ☐ Money market | | |
| _____ | | ☐ Brokerage | | |
| City    State    ZIP Code | | ☐ Other _____ | | |

21.  Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for
     securities, cash, or other valuables?

☒ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____ | Name _____ | | ☐ No |
| | | | ☐ Yes |
| Number    Street _____ | Number    Street _____ | | |
| _____ | City    State    ZIP Code | | |
| City    State    ZIP Code | | | |

Debtor 1    FRED            HEARD
           First Name    Middle Name    Last Name

Case number (if known) _____

---

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility _____ | Name _____ | | ☐ No |
| Number    Street _____ | Number    Street _____ | | ☐ Yes |
| City        State    ZIP Code | City        State    ZIP Code | | |

## Part 9:    Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name _____ | Number    Street _____ | | $ _____ |
| Number    Street _____ | | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site _____ | Governmental unit _____ | | |
| Number    Street _____ | Number    Street _____ | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

Debtor 1    FRED                                    HEARD                          Case number (if known) _____
            First Name     Middle Name              Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site | Governmental unit |  |  |
| Number    Street | Number    Street |  |  |
| City        State    ZIP Code | City        State    ZIP Code |  |  |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

|  | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court name |  | ☐ Pending |
|  | Number    Street |  | ☐ On appeal |
| Case number | City        State    ZIP Code |  | ☐ Concluded |

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☒ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

|  | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name |  | EIN: __ — __ |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| City        State    ZIP Code |  | From _____ To _____ |

|  | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name |  | EIN: __ — __ |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| City        State    ZIP Code |  | From _____ To _____ |

Debtor 1    FRED                           HEARD
            First Name    Middle Name      Last Name

Case number (if known) _____

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| | | EIN: ___ – ___ |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| | | From _____  To _____ |
| City         State    ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| Name | |
| Number    Street | MM / DD / YYYY |
| City         State    ZIP Code | |

---

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

(x) _Fred Heard_                    (x) _Lila L. Heard_
Signature of Debtor 1                Signature of Debtor 2

X Date 7/6/18                        X Date 7-6-2018

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# United States Bankruptcy Court

NORTHERN District Of IN

In re       FRED  HEARD                Case No. _____

Debtor                                  Chapter          7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept......................................................... $ _____ 800.00

    Prior to the filing of this statement I have received .......................................... $ _____ 800.00

    Balance Due........................................................................................................ $ _____ 0.00

2. The source of the compensation paid to me was:

          ☒ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

          ☒ Debtor     ☐ Other (specify):

4. ☒     I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐     I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030)(12/15)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CHAPTER 7 CASES: REAFFIRMATION AGREEMENTS, STAYS OF PROCEEDINGS, LIEN AVOIDANCES &
SERVICES RENDERED AFTER THE INITIAL 341 MEETING OF CREDITORS.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

X 7-6-18
_Date_

X _Frederick Heard_
Signature of Debtor, Fred Heard

_Lila L. Heard_
Signature of Debtor, Lila L. Heard

7-6-18
Signature of Attorney, Fred Wehrwein          FRED WEHRWEIN, P.C.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | FRED _____ HEARD _____ |
| | First Name    Middle Name    Last Name |
| Debtor 2 | LILA    L.    HEARD _____ |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: NORTHERN _____ District of IN _____

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intentions for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Hold Secured Claims**

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: HORIZON BANK<br>Description of property securing debt: 2015 CHEVY SUBURBAN | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☒ Yes |
| Creditor's name: OCWEN LOAN SERV.<br>Description of property securing debt: 6722 LAKEVIEW CT., FORT WAYNE, IN | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☒ Yes |
| Creditor's name: PREMIER AUTO<br>Description of property securing debt: 2008 GMC TRUCK | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☒ Yes |
| Creditor's name: U.S. DEPT. OF HUD<br>Description of property securing debt: 6722 LAKEVIEW CT., FORT WAYNE, IN | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☒ Yes |

| Debtor 1 | FRED | | HEARD | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**   Will the lease be assumed?

Lessor's name:                                    ☐ No
                                                  ☐ Yes
Description of
leased property:

Lessor's name:                                    ☐ No
                                                  ☐ Yes
Description of
leased property:

Lessor's name:                                    ☐ No
                                                  ☐ Yes
Description of
leased property:

Lessor's name:                                    ☐ No
                                                  ☐ Yes
Description of
leased property:

Lessor's name:                                    ☐ No
                                                  ☐ Yes
Description of
leased property:

Lessor's name:                                    ☐ No
                                                  ☐ Yes
Description of
leased property:

Lessor's name:                                    ☐ No
                                                  ☐ Yes
Description of
leased property:

---

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____        X _____
Signature of Debtor 1                       Signature of Debtor 2

X Date 7/6/18                              X Date 07/06/2018
   MM / DD / YYYY                              MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                              )
                                    )
FRED HEARD                          )
  XXX-XX-7616                       )              CASE NO.
LILA L. HEARD                       )
  XXX-XX-0027                       )
                                    )
DEBTOR (S)                          )


## VERIFICATION OF CREDITOR MATRIX

    The above named debtor (s) hereby verifies under penalty of perjury that

the attached list of creditors is true and correct to the best of the knowledge

and belief of the debtor (s).


Date: X 7-6-18

                                               x _____
                                               Debtor

                                               x _____
                                               Joint Debtor

1ST SOURCE BANK/J. JOHNSON
4100 EDISON LK. PKWY., STE. 100
MISHAWAKA, IN  46545


ALLEN CO. CARDIOLOGY
604 W. BERRY ST.
FORT WAYNE, IN  46802


ALLY FIN.
P.O. BOX 130424
ROSEVILLE, MN  55113


AMERICAN AGENCIES
2491 PAXTON ST.
HARRISBURG, PA  17111


AMERICOLLECT, INC.
P.O. BOX 1505
MANITOWOC, WI  54221


AMERICOLLECT, INC.
P.O. BOX 1690
MANITOWOC, WI  54221


APRIA HEALTHCARE
P.O. BOX 802017
CHICAGO, IL  60680


ASSOC. ANES./SNOW & SAUERTEIG
203 E. BERRY ST., STE. 1100
FORT WAYNE, IN  46802


CAPITAL ONE/AMER. INFOSOURCE
P.O. BOX 71083
CHARLOTTE, NC  28272


CITY OF FORT WAYNE
200 E. BERRY ST., STE. 130
FORT WAYNE, IN  46802

CREDIT ONE/LVNV/FNBM, LLC
P.O. BOX 10587
GREENVILLE, SC  29603


DEUTSCHE BK./OCWEN LOAN SERV
BK DEPT. P.O. BOX 24605
W. PALM BCH., FL  33416


DR. HECTOR PEREZ
5717 S. ANTHONY, STE. 500
FORT WAYNE, IN  46806


DUPONT HOSPITAL/LUTHERAN HEALTH
15682 COLLECT CTR.
CHICAGO, IL  60693


FINGERHUT/SADINO FUNDING
P.O. BOX 788
KIRKLAND, WA  98083


FORT WAYNE ORTHO
7601 W. JEFFERSON
FORT WAYNE, IN  46804


FW RADIOLOGY
P.O. BOX 371863
PITTSBURGH, PA  15250


HORIZON BANK/LADERER & FISCHER
401 E. COLFAX AVE.
STE. 305
SOUTH BEND, IN  46617


HOSPITAL CARE GRP.
6435 W. JEFFERSON
FORT WAYNE, IN  46825


IRS
230  S. DEARBORN ST.
RM. 2560, 5015 CHI
CHICAGO, IL  60604

JPMORGAN CHASE/BK DEPT.
P.O. BOX 29505  AZI1-1191
PHOENIX, AZ  85038


LOANME, INC./WEINSTEIN & RILEY
2001 WESTERN AVE., STE. 400
SEATTLE, WA  98121


LUTHERAN HEALTH
15673 COLLECT. CTR.
CHICAGO, IL  60693


MARQUEZ AUTO/ADAM HAND
201 W. WAYNE ST.
FORT WAYNE, IN  46802


MIRA MED. REV. GRP.
DEPT. 77304 P.O. BOX 77000
DETROIT, MI  48277


MONT. FIN. SERV./MERCH. CRED. SOL.
P.O. BOX 3664
TUSTIN, CA  92781


NE OTHALMOLOGY
3301 LAKE AVE.
FORT WAYNE, IN  46805


OCWEN LOAN SERV.
BK. DEPT. P.O. BOX 24605
W. PALM BCH., FL  33416


ORTHO NE
P.O. BOX 11782
FORT WAYNE, IN  46860


ORTHO NE/SNOW & SAUERTEIG
203 E. BERRY ST., STE. 1100
FORT WAYNE, IN  46802

PARKVIEW HEALTH
P.O. BOX 10416
DES MOINES, IA  50306


PARKVIEW PHYS. GRP./MSCB
P.O. BOX 1567
PARIS, TN  38242


PARKVIEW/AMER. INFOSOURCE
P.O. BOX 248838
OKLAHOMA CITY, OK  73124


PREMIER AUTO
1304  918 S. ANTHONY
FORT WAYNE, IN  46803


PROF. EMERG. PHYS.
3640 NEW VISION DR., STE. A
FORT WAYNE, IN  46845


PROF. RECOVERY
7319 W. JEFFERSON
FORT WAYNE, IN  46804


SELKING INT.
1850 W. HWY. 224
DECATUR, IN  46733


SNOW & SAUERTEIG
203 E. BERRY ST., STE. 1100
FORT WAYNE, IN  46802


ST. JOE HEALTH/PASI
P.O. BOX 188
BRENTWOOD, TN  37024


SUMMIT RADIOLOGY/SNOW & SAUERTEIG
203 E. BERRY ST., STE. 1100
FORT WAYNE, IN  46802

TMOBILE/AMER. INFOSOURCE
P.O. BOX 248848
OKLAHOMA CITY, OK  73124


TRAA
P.O. BOX 11724
FORT WAYNE, IN  46860


TRUE HEALTH DIAGNOSTICS
6170 RESEARCH RD.
FRISCO, TX  75033


U.S. DEPT. OF HUD
451 7TH ST. SW
WASHINGTON, DC  20410


VAP DIAGNOSTICS LAB, INC.
P.O. BOX 830674
BIRMINGHAM, AL  35283


WELLMARK
P.O. BOX 9232
DES MOINES, IA  50306

**Fill in this information to identify your case:**

Debtor 1  FRED _____ HEARD
First Name    Middle Name    Last Name

Debtor 2  LILA  L.  HEARD
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Indiana

Case number _____
(If known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☒ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here➜ | $_____ | $_____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here➜ | $_____ | $_____ |

7. **Interest, dividends, and royalties** | | $_____ | $_____ |

Debtor 1 _____  Case number *(if known)* _____

First Name    Middle Name    Last Name

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $_____ | $_____ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .............................. ↓ | | |
| For you .......................................................................... $_____ | | |
| For your spouse............................................................. $_____ | | |
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $_____ | $_____ |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below. | | |
| WORKERS COMP | $ 3380 | $_____ |
| ADOPTION SUBSIDY | $_____ | $ 1767 |
| Total amounts from separate pages, if any. | + $_____ | + $_____ |
| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $_____ | + $_____ = $ 5147<br>Total current<br>monthly income |

## Part 2:    Determine Whether the Means Test Applies to You

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. ....................................................... Copy line 11 here → $ 5147

Multiply by 12 (the number of months in a year). x 12

12b. The result is your annual income for this part of the form.     12b. $ 61764

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.      IN

Fill in the number of people in your household.      6

Fill in the median family income for your state and size of household. ................................................. 13. $ 97,785

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A–2.* Go to Part 3 and fill out Form 122A–2.

## Part 3:    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗ *[signature] Frederick Heard*      ✗ *[signature] Kila Heard*

  Signature of Debtor 1          Signature of Debtor 2

✗ Date 7/6/18      ✗ Date 07 06 1918

  MM / DD / YYYY           MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.